MAURICE DEUTSCH and Another v. ALBERT ULMANN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of the BOARD OF ESTIMATE AND APPORTION-MENT OF THE CITY OF NEW YORK for a Determination of the Method by Which Hammersley Avenue and Fenton Avenue, in the Borough of The Bronx, City of New York, Shall Be Carried Across the Tracks of the New York, Westchester and Boston Railway Company.— CITY OF NEW YORK and TRANSIT COMMIS-SION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BENJAMIN SCHILDER v. NEW YORK TELEGRAM, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARY SMITH v. ASSECURANZ-UNION VON 1865 OF HAMBURG — AMANDUS LANGE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

CONRAD GASCHOTT v. ASSECURANZ-UNION VON 1865 OF HAMBURG — AMANDUS LANGE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

JOSEPH M. HARLEY v. CHARLES E. FENNER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BARTOLOMEO MERLLO, as Administrator, etc., of FRANCISCO MERLLO, Deceased. BARTOLOMEO MERLLO, as Administrator, etc.— PRISCO FUNIGIELLO, as Adminis-trator, etc., of FILOMENA FUNIGIELLO, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of SOL H. MILLER for an Order Exempting Him from Arrest in Accordance with the Provisions of the Debtor and Creditor Law of the State of New York — COMMERCIAL ENTERPRISES, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HARRY KRAFT v. ARMANDO ARAUJO and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.